DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5040
Facsimile:  (408) 535-5081
Email: michael.pitman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:20-MJ-70044-MAG |
| Plaintiff, | ORDER COMMITTING DEFENDANT TO ANOTHER DISTRICT |
| v. | |
| MICHAEL GEORGE SEQUERIA, | |
| Defendant. | |

Defendant appeared for proceedings held before Judge Nathanael M. Cousins on January 21, 2020. Defendant entered a not guilty plea as to the Indictment in the Southern District of Florida, Case # 1:20-cr-20001-MGC. Defendant waived an identity hearing and confirmed his name as charged is his true name. A detention hearing was also held, and Defendant was ordered removed to the District of South Dakota, Southern Division, in custody, to appear in Case # 4:19-cr-40116, which was indicted prior to Case # 1:20-cr-20001-MGC in the Southern District of Florida.

It is hereby ORDERED that Defendant be removed to the District of South Dakota, Southern Division, in custody. The charges pending in the Southern District of Florida will trail.

DATED: January 24, 2020

_____
THE HONORABLE NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE